```
              IN THE UNITED STATES DISTRICT COURT
           OF THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

PATSY COLLINS                                              PLAINTIFF

VS.                             CIVIL ACTION NO. 5:07-cv-17(DCB)(JMR)

NATCHEZ COMMUNITY HOSPITAL, INC.                           DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the defendant Natchez Community Hospital, Inc.'s motion for summary judgment, and the Court having granted the motion as to all claims in a Memorandum Opinion and Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  11th  day of March, 2008.

                                  s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE